UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 17-20246-CIV-LENARD/GOODMAN

TAP MANUTENÇÃO E
ENGENHARIA BRASIL S.A.,

      Plaintiff,

v.

INTERNATIONAL AEROSPACE
GROUP, CORP.,

      Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff TAP Manutenção e Engenharia Brasil S.A. and Defendant International Aerospace Group, Corp. file this stipulation of dismissal with prejudice of all claims in this action. However, "[t]he effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case." *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2010).

Dated: March 31, 2017 　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| s/Brian W. Toth | s/Richard L. Richards |
| Brian W. Toth | Richard L. Richards |
| Fla. Bar No. 57708 | rrichards@richpa.net |
| brian.toth@hklaw.com | Fla. Bar No. 9415 |
| Lauren Vanessa Lopez | Jason Goldstein |
| Fla. Bar No. 119274 | jgoldstein@richpa.net |
| vanessa.lopez@hklaw.com | Fla. Bar No. 91113 |
| HOLLAND & KNIGHT LLP | Joshua Saval |
| 701 Brickell Avenue, Suite 3300 | jsaval@rgattorneys.com |
| Miami, Florida 33131 | Fla. Bar No. 112165 |
| Telephone: (305) 374-8500 | Richards & Associates |
| Facsimile: (305) 789-7799 | 55 Miracle Mile, Suite 310 |
| | Coral Gables, Florida 33134 |
| Attorneys for Plaintiff | |
| | Attorney for Defendant |

## CERTIFICATE OF SERVICE

I certify that on March 31, 2017, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

　　　　　　　　　　　　　　　　　　　　s/Brian W. Toth